# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2018

155016

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

FREDERICK SEEKINS,
　　　　Defendant-Appellant.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 155016
COA: 333491
Oakland CC: 2002-187273-FC

_____/

On order of the Court, the application for leave to appeal the November 9, 2016 order of the Court of Appeals is considered. We DIRECT appellate counsel, Tracie Gittleman, to file a supplemental brief addressing the reason for her failure to file the defendant's delayed application for leave to appeal in the Court of Appeals within the deadlines set forth in MCR 7.205(G)(3), which led to the defendant losing his right to direct first-tier review of his plea-based conviction. Counsel shall file the supplemental brief within 28 days of the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018



Clerk

d0423